IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOLENE GARNER,<br><br>Plaintiff,<br><br>v.<br><br>ASSET MANAGEMENT ASSOCIATES, INC., a corporation<br>&<br><br>THERESA SHEFFIELD, individually,<br><br>Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Case No:** 10-cv-00965-DN |

Having reviewed the Plaintiff's Motion for Voluntary Dismissal with Prejudice,[1] and finding sufficient reasons therein, it is so ORDERED and ADJUDGED that this case is DISMISSED WITH PREJUDICE and without costs to any parties. The Court directs the clerk to close the case.

SO ORDERED this 17th day of June, 2013.

BY THE COURT:

_____
District Judge David Nuffer

---

[1] Docket no. 70, filed June 14, 2013.